UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **USDC-SDNY** | |
| **DOCUMENT** | |
| **ELECTRONICALLY FILED** | |
| **DOC#:** | |
| **DATE FILED:** 9/1/2021 | |

XUZHEN BI,

                Plaintiff,

        v.

ALEJANDRO MAYORKAS, *et al.*,

                Defendants.

No. 21-CV-6382 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of the *pro se* Plaintiff's letter dated August 30, 2021, requesting to "withdraw" the case because the "Dept already issued my green card." Dkt. 9. The Court interprets this as a request for dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have not filed an answer or motion to dismiss, and therefore Plaintiff may dismiss the case without a court order. In light of this dismissal, the Clerk of the Court is directed to close the case.

Furthermore, the status conference for this case, scheduled for September 10, 2021, is adjourned *sine die*.

SO ORDERED.

Dated:    September 1, 2021
           New York, New York

                                      Ronnie Abrams
                                      United States District Judge